(Rev. 11/2012)

**FILED - GR**

August 26, 2019 3:35 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: mkc  SCANNED BY: JW /8-26-19

**MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY**

| United States District Court | District SIXTH WESTERN DISTRICT OF MI |
|---|---|
| Name (under which you were convicted): LAWRENCE GERARD NASSAR | Docket or Case No.: 1:16-cr-00242-JTN |
| Place of Confinement: USP COLEMAN II | Prisoner No.: 21504-040 |
| UNITED STATES OF AMERICA | Movant (include name under which convicted) |

v.       LAWRENCE  GERARD  NASSAR

### MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: US DISTRICT COURT WESTERN DISTRICT OF MICHIGAN, 399 FEDERAL BUILDING 110 MICHIGAN STREET, NW  GRAND RAPIDS, MI  49503

   (b) Criminal docket or case number: 1:16-cr-00242-JTN  **1:19-cv-685**

2. (a) Date of the judgment of conviction: 7/11/17  **Janet T. Neff**
   **U.S. District Judge**

   (b) Date of sentencing: 12/7/17

3. Identify all counts and crimes for which you were convicted and sentenced in this case: _____

   ① 18:2252A(a)(2)(A)  AND (b)(1)  18:2256 (8)(A)
   ② 18:2252A(a)(5)(B)  AND (b)(2)  18:2256 (8)(A)
   ③ 18: 1519

4. Length of sentence for each count or crime for which you were convicted in this case: _____

   ① 240 MONTHS    ② 240 MONTHS    ③ 240 MONTHS

   ALL 3 COUNTS CONSECUTIVE AND CONSECUTIVE TO THE STATE

5. (a) What was your plea?
   Not guilty ☐
   Guilty ☒
   Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or charge, and a not guilty plea to another count or charge, give details:

   N/A

6. If you went to trial, what kind of trial did you have? (Check one)
   (a) Jury □
   (b) Judge only □   *N/A*

7. Did you testify at the trial? Yes □ No □   *N/A*

8. Did you appeal from the judgment of conviction? Yes ☒ No □

9. If you did appeal, answer the following:

   (a) Date you filed: *4/10/18*

   (b) Name of court: *US 6TH DISTRICT COURT WESTERN DISTRICT OF MICHIGAN*

   (c) Docket or case number: *17-2490*

   (d) Result: *AFFIRMATION OF DISTRICT COURT'S JUDGEMENT*

   (e) Date of result: *8/22/18*

   (f) Grounds raised: *① THE SENTENCING COURT'S DECISION TO RUN THE DEFENDENT'S FEDERAL SENTENCE CONSECUTIVE WITH THE TWO LATER STATE SENTENCES WAS CHALLENGED.*

   *② THE SENTENCING GUIDELINES WERE MISCALCULATED, THE STATE COURT CASES SHOULD NOT HAVE COUNTED TOWARD THE CRIMINAL HISTORY SCORE*

   (g) Did you file a petition for certiorari in the United States Supreme Court? Yes □ No ☒

   If "Yes," answer the following:

   (1) Date you filed: _____

   (2) Docket or case number: _____

   (3) Result: _____

   (4) Date of result: _____

   (5) Grounds raised: _____

   _____
   _____
   _____
   _____
   _____

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court? *NO*

11. If your answer to Question 10 was "Yes," give the following information: Yes □ No ☒

(a)  (1)  Date you filed: _____ *N/A* _____

(2)  Name of court: _____

(3)  Docket or case number (if you know): _____

(4)  Date of filing (if you know): _____

(5)  Nature of the proceeding: _____

(6)  Grounds raised: _____

_____

_____

_____

_____

_____

(7) Did you receive a hearing where evidence was given on your  motion, petition, or application? Yes □  No □

(8) Result: _____

(9) Date of result: _____

(b)     If you filed any second motion, petition, or application, give the same information:

(1)  Date you filed: _____ *N/A* _____

(2)  Name of court: _____

(3)  Docket or case number (if you know): _____

(4)  Date of filing (if you know): _____

(5)  Nature of the proceeding: _____

(6)  Grounds raised: _____

_____

_____

(7) Did you receive a hearing where evidence was given on your  motion, petition, or application? Yes □  No □

(8) Result: _____

(9) Date of result : _____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application? *N/A*

(1) First petition: Yes ☐ No ☐

(2) Second petition: Yes ☐ No ☐

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

*N/A*

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

GROUND ONE: *UNCONSTITUTIONAL   DOUBLE JEOPARDY CLAUSE OF THE 5TH AMENDMENT.*

(a) Supporting FACTS (Do not argue or cite law.  Just state the specific facts that support your claim.): _____

*SEE ATTACHED SHEET*

(b) **Direct Appeal of Ground One**:

(1) If you appealed from the judgment of conviction, did you raise this issue? Yes ☐ No ☒
(2) If you did not raise this issue in your direct appeal, explain why: _____

*COURT OPINIONS AND RULINGS HAVE CHANGED SINCE THE DIRECT APPEAL PROVIDING NEW GROUNDS TO APPEAL*

(c) **Post-Conviction Proceedings**:

(1) Did you raise this issue in any post-conviction motion, petition or application? Yes ☐ No ☒

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Date motion was filed: _____

- 4 -

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number: _____

Result (attach a copy of the court's opinion and order, if available): _____

_____

Date of result: _____

(3)  Did you receive a hearing on your motion? Yes ☐  No ☐

(4)  Did you appeal from the denial of your motion, petition or application? Yes ☐  No ☐

(5)  If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal? Yes ☐  No ☐

If yes, answer the following:

Date you filed: _____

Name of court where the appeal was filed : _____

Docket or case number: _____

Result (attach a copy of the court's opinion and order, if available) : _____

_____

Date of result: _____

**GROUND TWO:** _VIOLATION OF 1ST AMMENDMENT RIGHTS FOR FREE SPEECH_
_IN TERMS OF SUPERVISED RELEASE   REGARDING - (SEE ATTACHED SHEET)_

(a) Supporting FACTS (Do not argue or cite law.  Just state the specific facts that support your claim.): _____

_____ SEE ATTACHED SHEET _____

_____

_____

_____

_____

_____

(b) **Direct Appeal of Ground Two:**

(1)  If you appealed from the judgment of conviction, did you raise this issue? Yes ☐  No ☒

- 5 -

(2)  If you did not raise this issue in your direct appeal, explain why: _COURT OPINIONS AND_ _RULINGS HAVE CHANGED SINCE THE DIRECT APPEAL_ _PROVIDING NEW GROUNDS TO ARGUE._

(c)  **Post-Conviction Proceedings**:

(1)  Did you raise this issue in any post-conviction motion, petition or application?  Yes □  No ☒

(2)  If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Date motion was filed: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number: _____

Result (attach a copy of the court's opinion and order, if available): _____

_____

Date of result: _____

(3)  Did you receive a hearing on your motion?  Yes □  No □

(4)  Did you appeal from the denial of your motion, petition or application?  Yes □  No □

(5)  If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?  Yes □  No □

If yes, answer the following:

Date you filed: _____

Name of court where the appeal was filed : _____

Docket or case number: _____

Result (attach a copy of the court's opinion and order, if available) : _____

_____

Date of result: _____

**GROUND THREE**: _SEE ATTACHED SHEET_

_____

(a) Supporting FACTS (Do not argue or cite law.  Just state the specific facts that support your claim.): _____

_SEE ATTACHED SHEET_

_____

_____

_____

_____

_____

(b) **Direct Appeal of Ground Three**:

   (1) If you appealed from the judgment of conviction, did you raise this issue? Yes □ No ☒

   (2) If you did not raise this issue in your direct appeal, explain why: ___COURT OPINIONS AND RULINGS HAVE CHANGED SINCE THE DIRECT APPEAL PROVIDING NEW GROUNDS TO ARGUE.___

(c) **Post-Conviction Proceedings**:

   (1) Did you raise this issue in any post-conviction motion, petition or application? Yes □ No ☒

   (2) If your answer to Question (c)(1) is "Yes," state:

   Type of motion or petition: _____

   Date motion was filed: _____

   Name and location of the court where the motion or petition was filed: _____

_____

   Docket or case number: _____

   Result (attach a copy of the court's opinion and order, if available): _____

_____

   Date of result: _____

   (3) Did you receive a hearing on your motion? Yes □ No □

   (4) Did you appeal from the denial of your motion, petition or application? Yes □ No □

   (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal? Yes □ No □

   If yes, answer the following:

   Date you filed: _____

   Name of court where the appeal was filed : _____

   Docket or case number: _____

Result (attach a copy of the court's opinion and order, if available) : _____

_____

Date of result: _____

**GROUND FOUR**: _INEFFECTIVE   ASSISTANCE   OF   COUNSEL_

_____

(a) Supporting FACTS (Do not argue or cite law.  Just state the specific facts that support your claim.): _____

_SEE   ATTACHED   SHEET_

_____

_____

_____

_____

_____

(b) **Direct Appeal of Ground One**:

    (1) If you appealed from the judgment of conviction, did you raise this issue? Yes □  No ☒

    (2) If you did not raise this issue in your direct appeal, explain why: _IT IS BECAUSE OF THE ACTIONS_
_AND LACK OF ACTIONS OF MY COUNSEL DURING SENTENCES THAT CREATED THE_
_DIRECT APPEAL TO FAIL  THUS LEADING TO THIS ISSUE BEING RAISED NOW._

(c) **Post-Conviction Proceedings**:

    (1) Did you raise this issue in any post-conviction motion, petition or application? Yes □  No ☒

    (2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Date motion was filed: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number: _____

Result (attach a copy of the court's opinion and order, if available): _____

_____

Date of result: _____

- 8 -

(3)  Did you receive a hearing on your motion?  Yes ☐  No ☐

(4)  Did you appeal from the denial of your motion, petition or application?  Yes ☐  No ☐

(5)  If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?  Yes ☐  No ☐

If yes, answer the following:

Date you filed: _____

Name of court where the appeal was filed : _____

Docket or case number: _____

Result (attach a copy of the court's opinion and order, if available) : _____

_____

Date of result: _____

13. Is there any ground in this motion that you have not previously presented in some federal court?  If so, state which ground or grounds have not been presented and your reasons for not presenting them:

ALL 4 GROUNDS LISTED HAVE NOT BEEN PRESENTED BECAUSE
THEY ARE GROUNDS NOT APPROPRIATE IN DIRECT APPEAL
BUT APPROPRIATE IN THE 2255 AND BECAUSE COURT OPINIONS
AND RULINGS HAVE CHANGED SINCE THE DIRECT APPEAL.

14. Do you have any motion, petition, or appeal now pending (filed and not decided yet) in any court for the judgment you are challenging?  Yes ☐  No ☒

If "Yes," state the date of filing, the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

_____

_____

_____

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

(a)  At preliminary hearing: MATT NEWBURG, 316 TAYLOR STREET, GRAND LEDGE, MI 48837
SHANNON SMITH 1668 SOUTH TELEGRAPH RD. SUITE 140 BLOOMFIELD HILLS, MI 48302

- 9 -

(b) At arraignment and plea: _MATT NEWBURG  316 TAYLOR STREET, GRAND LEDGE, MI 48837  SHANNON SMITH  1668  S. TELEGRAPH  RD  SUITE 140  BLOOMFIELD HILLS, MI 48302_

(c) At trial: _N/A_

(d) At sentencing: _MATT NEWBURG  316 TAYLOR STREET, GRAND LEDGE, MI 48837  SHANNON SMITH  1668  S. TELEGRAPH  RD  SUITE 140  BLOOMFIELD HILLS, MI 48302_

(e) On appeal: _AMY LEE COPELAND  PO BOX 23358  SAVANNAH, GA 31403_

(f) In any post-conviction proceeding: _N/A_

(g) On appeal from any ruling against you in a post-conviction proceeding: _N/A_

16. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?
Yes ☒ No ☐

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: _INGHAM COUNTY MICHIGAN  AND  EATON COUNTY MICHIGAN_

(b) Give the date the other sentence was imposed: _1/24/18  INGHAM COUNTY_ ; _2/5/18  EATON COUNTY_

(c) Give the length of the other sentence: _INGHAM COUNTY  480-2100 MONTHS_ ; _EATON COUNTY  40-125 YEARS_

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future? Yes ☒ No ☐

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

_N/A_

- 10 -

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

\* The Antiterrorism and Effective Death Penalty Act of 1996 (" AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of--
    (1) the date on which the judgment of conviction became final;
    (2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
    (3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
    (4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Therefore, movant asks that the Court grant him or her the relief to which he or she may be entitled in this proceeding.

I declare under penalty of perjury that the foregoing is true and correct and that this Motion Under § 2255 was placed in the prison mailing system on _____AUGUST  20 , 2019_____ (month, date, year).

___Lawrence Nassar_____          ___8/20/19_____
Signature of Movant                                              Date


_____
Signature of Attorney (if any)

If the person signing is not movant or an attorney, state relationship to movant and explain why movant is not signing this petition.

_____

_____

_____

# ATTACHED SHEETS PG 1/4

PAGE 4: GROUND ONE

12. (a) SUPPORTING FACTS

A PERSON CAN NOT BE CONVICTED FOR BOTH RECEIPT AND POSSESSION OF THE SAME ITEMS OF CHILD PORNOGRAPHY, THE DEFENDENT RECEIVED A SENTENCE OF 20 YEARS FOR THE CONVICTION OF POSSESSION OF CHILD PORNOGRAPHY AND AN ADDITIONAL CONSECUTIVE SENTENCE OF 20 YEARS OF THE CONVICTION OF RECEIPT OF CHILD PORNOGRAPHY, RECEIPT OF CHILD PORNOGRAPHY ALWAYS REQUIRES PROOF OF POSSESSION WHICH MEANS THAT A CONVICTION AND SENTENCING OF BOTH CRIMES BASED ON THE SAME CONDUCT IS UNCONSTITUTIONAL.

PAGE 5: GROUND TWO: VIOLATION OF 1st AMMENDMENT RIGHTS FOR FREE SPEECH REGARDING ACCESS OR POSSESSION OF ANY COMPUTER RELATED DEVICES, OTHER ELECTRONIC COMMUNICATION DATA STORAGE DEVICES OR MEDIA IN ANY MANNER FOR ANY REASON,

(a) SUPPORTING FACTS

IN THE PAST THERE MAY HAVE BEEN DIFFICULTY IN IDENTIFYING THE MOST IMPORTANT PLACES FOR THE EXCHANGE OF VIEWS, TODAY THE ANSWER IS CLEAR, IT IS CYBER SPACE WITH ITS VAST DEMOCRATIC FORUMS OF THE INTERNET OFFERING VARIOUS WEBSITES TO ENGAGE IN A WIDE ARRAY OF PROTECTED FIRST AMENDMENT ACTIVITY, A LIFE TIME BAN ON NOT BEING ABLE TO ACCESS OR POSSESS ANY COMPUTER-RELATED DEVICES, OTHER ELECTRONIC DEVICES FOR

ATTACHED SHEETS PG 2/4

PAGE 5: GROUND TWO (CONTINUED)

(a) SUPPORTING FACTS (CONTINUED)

COMMUNICATION DATA STORAGE OR MEDIA IN
ANY MANNER OR FOR ANY REASON IS DRACONIAN
AND DEPRIVES THE DEFENDENT OF MORE LIBERTY
THAN IS REASONABLY NECESSARY TO DETER
CRIME, PROTECT THE PUBLIC, AND REHABILITATE
THE DEFENDANT. THE COURT'S ANALYSIS MUST
BE FACT-SPECIFIC AND CONDITIONS OF SUPERVISED
RELEASE
MAY NOT RESTRICT MORE LIBERTY THAN REASONABLY
NECESSARY INCLUDING CONSTITUTIONAL LIBERTY.
A LIFETIME DURATION OF THIS BLANKET BAN IS
PRESUMPTIVELY EXCESSIVE. THESE STATED BANS
SWEEP too BROADLY. THEY ARE THE ANTITHESIS OF
THE REQUIRED NARROWLY TAILORED SANCTIONS REQUIRED
FOR CONDITIONS OF SUPERVISED RELEASE. FOR IT IS
WELL ESTABLISHED THAT THE GOVERNMENT MAY NOT
SUPPRESS LAWFUL SPEECH AS THE MEANS TO
SUPRESS UNLAWFUL SPEECH. FURTHERMORE SIMPLE
BASIC EVERYDAY TASKS SUCH AS SHOPPING, ACCESS to
NEWS, TRAFFIC, MAPS, WEATHER, AMONGST OTHERS ARE
NOW DONE THROUGH USE OF COMPUTER ELECTRONIC
DEVICES. HOME SECURITY DEVICES, WATCHES, FITNESS
TRACKERS, HEALTH/MEDICAL DEVICES, REFRIDGERATORS,
AUTOMOBILES ALL HAVE THESE ELECTRONIC DEVICES
THAT THE DEFENDENT WOULD BE DEPRIVED OF AS
WELL AS SIMPLY WATCHING TELEVISION AND LISTENING
TO MUSIC. EVEN SMART PHONES CAN BE SAFELY
ALLOWED WITH CURRENTLY AVAILABLE MONITORING
SOFTWARE INSTALLED. FINALLY, THE FORCES AND DIRECTIONS

# ATTACHED SHEETS  PG 3/4

**PAGE 5:** GROUND TWO (CONTINUED)

(a) SUPPORTING FACTS (CONTINUED)

OF COMPUTER AND ELECTRICAL DEVICES AND THE
INTERNET ARE SO NEW, SO PROTEAN, AND SO
FAR REACHING THAT COURTS MUST BE CONSCIOUS THAT
WHAT THEY RESTRICT TODAY MIGHT BE OBSOLETE
TOMORROW AND A LIFETIME BAN AS STATED IS EXCESSIVE.

**PAGE 6:** GROUND THREE: VIOLATION OF 7st AMMENDMENT RIGHTS
IN TERMS OF SUPERVISED RELEASE REGARDING PLACES
THE DEFENDENT MUST REFRAIN FROM ENTERING.

(a) SUPPORTING FACTS:  A LIFETIME BAN ON HAVING
NO CONTACT WITH MINORS WITHOUT WRITTEN APPROVAL OF
THE PROBATION OFFICER AND BEING BANNED FROM
ENTERING INTO ANY AREA WHERE CHILDREN FREQUENTLY
CONGREGATE INCLUDING BUT NOT LIMITED TO PARKS, SCHOOLS,
DAY CARE CENTERS, THEME PARKS, THEATRES AND
PLAY GROUNDS DEPRIVES THE DEFENDENT OF MORE
LIBERTY THAN IS REASONABLY NECESSARY TO DETER
CRIME, PROTECT THE PUBLIC, AND REHABILITATE THE
DEFENDANT. THE COURT'S ANALYSIS MUST BE FACT-
SPECIFIC. CONDITIONS OF SUPERVISED RELEASED MAY
NOT RESTRICT MORE LIBERTY THAN REASONABLY
NECESSARY, INCLUDING CONSTITUTIONAL LIBERTY, AND A BAN
OF THIS NATURE SWEEPS TOO BROADLY. A LIFETIME
DURATION OF THIS BLANKET BAN IS EXCESSIVE.
THIS IS THE OPPOSITE OF THE NARROWLY TAILORED
SANCTIONS REQUIRED.

# ATTACHED SHEETS PG 4/4

PAGE 8:   GROUND FOUR:  INEFFECTIVE ASSISTANCE OF COUNSEL
(a) SUPPORTING FACTS:  THE DISTRICT COURT ERRED IN
ASSESSING CRIMINAL HISTORY POINTS FOR THE DEFENDENT'S
STATE CONVICTION BECAUSE THOSE CONVICTIONS WERE
INCLUDED IN THE RELEVANT CONDUCT USED TO CALCULATE
THE OFFENSE LEVEL AND THAT THE SENTENCE WAS
PROCEDURALLY UNREASONABLE BECAUSE THE DISTRICT
COURT FAILED TO CONIDER USSG § 5G1.3 (c)
WHEN IT REQUIRED THE DEFENDENT TO SERVE HIS
SENTENCE, CONSECUTIVE TO HIS STATE SENTENCES,  THE DEFENDENT
HAD NOT BEEN SENTENCED YET IN THE STATE SO
HOW CAN THIS BE ORDERED BY THE JUDGE?
EVENTHOUGH THE DEFENDENT QUESTIONED HIS
ATTORNEY REGARDING THIS AND REQUESTED HE
OBJECT THE DEFENDENT'S ATTORNEY DID NOT OBJECT
WHEN THE DISTRICT COURT FINISHED ITS COMPUTATION
OF THE SENTENCING RANGE.  IN ADDITION, WHEN
ASKED BY THE JUDGE IF THERE WERE ANY
UNRAISED OBJECTIONS TO THE SENTENCE JUST ANNOUNCED
THE DEFENDANT'S ATTORNEY ONCE AGAIN FAILED TO OBJECT.
THE SINGLE OBJECTION THE DEFENDANT'S ATTORNEY DID
MAKE ON THE DECISION OF THE COURT TO ORDER
CONSECUTIVE SENTENCES TO THE STATE SENTENCES WAS
MADE IMPROPERLY FOR THEY FAILED TO OBJECT TO THE
ADEQUACY OF THE COURT'S EXPLANATION FOR IMPOSING
THE CONSECUTIVE SENTENCES.  THE LACK OF PROPER
HANDLING OF THE OBJECTION AND LACK OF OBJECTIONS
CREATED THE DIRECT APPEAL TO FAIL THUS
DEMONSTRATING THE INEFFECTIVE ASSISTANCE OF
COUNSEL.



U.S. POSTAGE PAID
FCM LG ENV
COLEMAN, FL
33521
AUG 21, 19
AMOUNT
**$0.00**
R2304Y122863-09

UNITED STATES
POSTAL SERVICE

1023

49503

U.S. DISTRICT COURT

ERAL BUILDING

HIGAN STREET, NW

PIDS, MI 49503

LAWRENCE NASSAR 21504-040
UNITED STATES PENITENTIARY - COLEMAN II
PO BOX 1034
COLEMAN, FL 33521

CLERK,
399 FED
110 MIC
GRAND RA